**Opinion issued November 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00628-CV

————————————

**ELLIOTT ROSS HARRIS, Appellant**

**V.**

**AMDRE LLC, Appellee**

On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1249392

## MEMORANDUM OPINION

Appellant Elliott Ross Harris filed a notice of appeal from the trial court's final judgment signed on July 31, 2025. Appellant has not paid the required appellate filing fee or established indigence for purposes of appellate costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208,

51.851(b), 51.941(a); Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. July 26, 2024). The Clerk of this Court notified Appellant that his appeal could be dismissed unless, by October 10, 2025, he paid the appellate filing fee or notified the Court in writing why he could not pay the fee. *See* TEX. R. APP. P. 42.3(b). Appellant has not paid the appellate filing fee or otherwise responded to the notice.

Appellant has also not paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 34.1. The Clerk of this Court notified Appellant that his appeal could be dismissed for want of prosecution if he did not pay, or make arrangements to pay, the fee. *See* TEX. R. APP. P. 37.3(b). We directed Appellant to submit written evidence from the trial court clerk by October 31, 2025, reflecting payment of the fee for preparing the clerk's record or reflecting arrangements to pay the fee. *See id.* Appellant has not responded to this Court's notice and to date, the clerk's record has not been filed.

For the above reasons, we dismiss the appeal for nonpayment of the required appellate fees and for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.